

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| JOE ROSALES AND PASO DEL NORTE MATERIALS, L.L.C., | § | No. 08-13-00367-CV |
|  | § | Appeal from the |
| Appellants, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| OMAR RIVERA, | § | (TC# 2013-DCV3702) |
| Appellee. | § |  |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellants' motion to dismiss their interlocutory appeal from the denial of a motion to compel arbitration. Appellants assert the appeal is no longer necessary because the trial court has ordered the parties to arbitration. The trial court's entry of the order compelling the parties to arbitration has rendered Appellants' appeal moot. We are prohibited from deciding moot controversies. *National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). A case is moot if a justiciable controversy ceases to exist at any stage of the legal proceedings, including the appeal. *In re Kellogg Brown & Root, Inc*., 166 S.W.3d 732, 737 (Tex. 2005). We grant Appellants' motion and dismiss the appeal.

GUADALUPE RIVERA, Justice

May 23, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.